

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00127-CV

| | | |
|---|---|---|
| SHAWN CIMIANO AND NANCY CIMIANO, Appellants | § | On Appeal from the 352nd District Court |
| | § | of Tarrant County (352-336220-22) |
| V. | § | June 13, 2024 |
| MICHAEL HALBERSTAM AND CHAYA HALBERSTAM, Appellees | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that Appellants Shawn Cimiano and Nancy Cimiano must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr